# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                         Reply to Northern Division Address

May 11, 2004

RE:      Bilski vs AIM International Funds Inc, et al
            Civil No. JFM-04-1159

Dear Counsel:

       The above-entitled case was received and docketed in this Court on 4/26/04, having been transferred from the USDC Southern District of Illinois (East St. Louis).

       It has been assigned to Judge J. Frederick Motz. The file number is listed above and all future questions should be referred to Claudia Gibson.

                                               Sincerely,

                                               FELICIA C. CANNON, CLERK

                                       By:        /s/
                                                           Briana Hilberg
                                                           Deputy Clerk

cc:      Court File

NOTICE: This case is subject to electronic filing.
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

U.S. District Court (11/1999) - Local Rule 101 Letter to Counsel

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**